UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>US Department of Labor Secretary</u>

            v.                    Civil No. 12-cv-454-JD

<u>Daniels Electric Corporation, et al.</u>

<u>O R D E R</u>

On January 30, 2013, plaintiff filed a Joint Motion to Continue Deadline Date for Defendants to File Answers.  The Motion was signed by all parties, thus Gerard Milligan and Barbara Milligan have been added to the docket as representing themselves.  As to Daniels Electric Corporation, however, pursuant to Local Rule 83.6(c), a corporation may not appear in any action or proceeding pro se.

Accordingly, defendant Daniels Electric Corporation is responsible to retain counsel to represent it in this matter. Counsel is required to file an appearance and disclosure statement on behalf of defendant on or before March 4, 2013.

SO ORDERED.

                                          */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: January 31, 2013

cc: Gail E. Glick, Esq.
    Daniels, Electric Corporation
    Gerard Milligan, pro se
    Barbara Milligan, pro se